United States District Court
Southern District of Texas
**ENTERED**
April 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ESTATE OF GABRIEL MIRANDA, JR., *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-353 |
| | § § | |
| NAVISTAR, INC., *et al*, | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiffs' Unopposed Motion to Dismiss Their Claims Without Prejudice. (Dkt. No. 19). Having considered the Motion, and the Plaintiffs' representation to the Court that it is indeed unopposed, the Court hereby **ORDERS** that the Motion be **GRANTED**.

The Court **FURTHER ORDERS** that all remaining claims by Plaintiffs against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

This is the final judgment of the Court.

SO ORDERED this 25th day of April, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge