# AFFIDAVIT

**THE STATE OF TEXAS**  
**COUNTY OF HIDALGO**

**CASE NUMBER: 2016-58130**

BEFORE ME, the undersigned authority, a peace officer in and for the City of Edinburg, Hidalgo County, Texas on this date personally appeared Earon Fox who after being to me duly sworn, upon His oath proposes and says:

My name is Earon Fox. I am 28 years of age. My date of birth is ▇▇▇▇▇▇. My home address is 1014 Diana Drive, Edinburg Hidalgo County, Texas 78542. I can be reached at phone number (956) 601-3648. My ▇▇ Identification Card is ▇▇▇▇▇▇.

On the 14 day of November 2016 at approximately 9:30 AM, I was on my way home going North Bound on expressway 281 after leaving Edinburg Regional Hospital. I was on the area of the Canton and expressway over pass on my Bluetooth car stereo speaking to my supervisor Eunice, informing her that I won't be making it in to work. While on the phone with her, I saw a school bus in front of me and I saw a boy standing by the back emergency door and the door was still closed. The emergency back door then opened wide on the school bus that was from Harlingen ISD. I then saw a little boy attempt to reach out and close the door. As he was attempting to close the door, I saw him fall out off the bus. As he rolled over backwards, I saw him bang the back of his head on the roadway as both his arms were above his head almost as if he was covering his head from impact. I quickly came to a stop to the right side of the expressway and yelled to my supervisor if she could call 911. I ran over to the little boy who at the time had come to a stop on the center lane of the expressway. I then started talking to him right away but he did not responded. I then checked his pulse on the arm and neck and found none. As I did not noticed a pulse, I initiated CPR but he was still unresponsive. As I continued CPR, a male bystander arrived and I told him to call 911. A female teacher then walked over to me and asked me if he was okay. I told her that there is blood everywhere and there's still no response. As I continued CPR I asked the teacher to find out where the ambulance was at. I continued CPR until Officer Rosales arrived and she took over conducting CPR. I then stepped aside and Officer Prado from Hidalgo County Sheriff Department asked me what happened. The Fire Department also arrived to include other officers from other departments. I stayed aside and waited until the ambulance arrived and transported the child. I was then told by the officers to come by the police department to provide my statement.------------------------------------END OF STATEMENT--------------------------------------------------

Sworn to and subscribed before me, a peace officer while engaged in the performance of my duties and under the authority of Chapter 602.002 Texas Government Code, on this the 14th day of November, 2016.

_____  
AFFIANT

Jose J Guzman  119  
Name of Peace Officer & Badge No.

_____  
Peace Officer in and for the  
City of Edinburg  
Hidalgo County, Texas

| Oath to be administered by Officer |
|---|
| Do you swear that the above statement is the truth and correct to the best of your knowledge? |

==Exhibit A==

Miranda - PL 000012

Hello my Name is Erron Fox, I'm 28yrs of age, I live in Edinburg Tx, On The day of Nov 14, 2016 I was leaving Edinburg Regional Hospital going on the Expressway 281 going With bound to the Walgreens pharmacy over on university by the Highway to fill my Prescription Cause I just found out I have Carpal Tunnel on my left wrist, I was in my car speaking to 1 of my Supervisors, letting them know I was on my way to the pharmacy. When I saw your Son at the time I did not know his name, the back door open wide I saw him attempting to close the door holding with his left arm & Reaching with his Right arm at the time While this was going on, the Bus was in the Center lane going the speed limit on the expressway I was on the far right & behind the bus was a red Commander, When I saw you jump out the bus, the Red truck had already moved to far Left, I saw the way he landed on his feet & saw the way the back of his head slammed into the ground, I yelled to my Supervisor Call 911 he slammed into the ground I saw his body continue to roll with his hands trying to cover his face & back of his head, by the time I got to him he had a slight pulse & wasn't breathing I started on CPR, A female teacher came & aske if he was ok, She said she didn't know his name at the time, I asked her to look in my car for a towel or pillow, I took off my shirt & applied pressure to his head I Kept asking for the ambulance.

Miranda - PL 000114



Miranda - PL 000115

- After waiting atleast 3 minutes Edinburg fire Officer (Roseles) came up to your son & I & then she began taking over CPR, then shortly arrived Edinburg fire dept & then ambulance, I was told to go to the Edinburg P.d & fill out an incident Report

Miranda - PL 000116



RECEIVED
DEC 0 6 2016
EDINBURG P.D.
RECORDS

Miranda - PL 000117