11/14/16

# Regular Student Seating Chart

(Include Student Name & Grade) Driver: Ruiz, Laura Castro.    Bus No. 118   Campus _____

| # | (Left Side) | | # (Right Side) | |
|---|---|---|---|---|
| 1 | Window | (Window) A. J.<br>(Middle) _____<br>(Aisle) A. S. | (Window) H. Z.<br>(Middle) _____<br>(Aisle) Carlsted, Michael John TX | 2 Window |
| 3 | Window | (Window) D. M.<br>(Middle) _____<br>(Aisle) Ayala, Arturo Javier 7x6/ | (Window) K. J.<br>(Middle) _____<br>(Aisle) _____ | 4 Window |
| 5 | Window | (Window) A. H.<br>(Middle) _____<br>(Aisle) _____ | (Window) C. b.<br>(Middle) _____<br>(Aisle) Alejandro Benevia | 6 Window |
| 7 | Window | (Window) N. r.<br>(Middle) _____<br>(Aisle) _____ | (Window) L. J.<br>(Middle) _____<br>(Aisle) Ma. ys. | 8 Window |
| 9 | Window | (Window) R. b.<br>(Middle) _____<br>(Aisle) J. A. | (Window) N. P.<br>(Middle) _____<br>(Aisle) R. M. | 10 Window |
| 11 | Window | (Window) L. B.<br>(Middle) Z. 6.<br>(Aisle) J. 2. A. | (Window) S. S.<br>(Middle) _____<br>(Aisle) B. B. | 12 Window |
| 13 | Window | (Window) S. H.<br>(Middle) _____<br>(Aisle) M. C. | (Window) J. M.<br>(Middle) _____<br>(Aisle) J. 2. | 14 Window |
| 15 | Window | (Window) J. b.<br>(Middle) C. M.<br>(Aisle) _____ | (Window) A. A.<br>(Middle) _____<br>(Aisle) _____ | 16 Window |
| 17 | Window | (Window) J. M.<br>(Middle) _____<br>(Aisle) S. 6. | (Window) F. S.<br>(Middle) F. T.<br>(Aisle) E. P. | 18 Window |
| 19 | Window | (Window) _____<br>(Middle) _____<br>(Aisle) _____ | (Window) So. M.<br>(Middle) _____<br>(Aisle) S. 6. | 20 Window |
| 21 | Window | (Window) M. M.<br>(Middle) _____<br>(Aisle) M. D. | (Window) _____<br>(Middle) _____<br>(Aisle) _____ | 22 Window |
| 23 | Window | (Window) M. N.<br>(Middle) _____<br>(Aisle) _____ | (Window) E. k.<br>(Middle) _____<br>(Aisle) _____ | 24 Window |
| 25 | Window | (Window) _____<br>(Aisle) Gabriel Miranda | (Window) D. J.<br>(Middle) _____<br>(Aisle) J. Q. | 26 Window |

41 students

Miranda - PL 000276

Exhibit B