

Account Number: 587629056
Bill Period: Aug 18 - Sep 17, 2016

## Call Details - (956) 793-9903 - Voice

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Aug 19 | 03:06 pm | (956) 778-6644 | HARLINGEN,TX | WC/AU | 01:00 | - |
| Aug 20 | 04:50 pm | (956) 778-6644 | Incoming | NW/WC/AU | 01:00 | - |
| | 05:11 pm | (956) 778-6119 | Incoming | NW/WC/AU | 02:00 | - |
| | 09:21 pm | (956) 778-6119 | HARLINGEN,TX | NW/WC/AU | 02:00 | - |
| Aug 21 | 07:47 pm | (956) 536-0493 | HARLINGEN,TX | NW/WC/AU | 02:00 | - |
| | 07:49 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 07:50 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 07:50 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| Aug 23 | 03:50 pm | (956) 778-6644 | HARLINGEN,TX | WC/AU | 01:00 | - |
| Aug 25 | 04:07 pm | (956) 730-0667 | HARLINGEN,TX | WC/AU | 01:00 | - |
| Aug 28 | 08:11 pm | (956) 778-6119 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| Sep 01 | 06:52 am | (956) 536-3687 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 05:13 pm | (956) 970-7966 | HARLINGEN,TX | WC/AU | 01:00 | - |
| | 05:14 pm | (956) 970-7966 | HARLINGEN,TX | WC/AU | 01:00 | - |
| | 05:15 pm | (956) 970-7966 | HARLINGEN,TX | WC/AU | 02:00 | - |
| | 05:19 pm | (956) 778-6119 | Incoming | WC/AU | 01:00 | - |
| Sep 04 | 02:30 pm | (956) 536-3687 | Incoming | NW/WC/AU | 01:00 | - |
| Sep 07 | 03:58 pm | (956) 730-0667 | HARLINGEN,TX | WC/AU | 02:00 | - |
| | 09:20 pm | (956) 536-3687 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| Sep 11 | 12:56 am | (956) 202-7165 | HARLINGEN,TX | NW/WC/AU | 112:00 | - |
| | 07:48 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 08:21 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| Sep 13 | 04:52 pm | (956) 778-6644 | HARLINGEN,TX | WC/AU | 01:00 | - |
| Sep 17 | 12:20 pm | (956) 202-7165 | Incoming | NW/WC/AU | 79:00 | - |

## Call Details -          - Voice

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|

MIRANDA - PL Bates No. 000500

**Rate Type**

**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends
**WC** Any Mobile,Anytime

Call Details -              - Voice continues...



*Call Details - ( - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|

**Call Details -** (956) 793-9903 - Voice

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Sep 19 | 07:48 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 08:15 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| Sep 23 | 03:59 pm | (956) 778-6644 | Incoming | WC/AU | 01:00 | - |
| | 07:17 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 08:24 pm | (956) 778-6644 | Incoming | NW/WC/AU | 01:00 | - |
| Sep 24 | 12:33 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 05:36 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| Sep 26 | 04:26 pm | (956) 734-6806 | HARLINGEN,TX | WC/AU | 01:00 | - |
| Sep 27 | 06:44 pm | (956) 778-6644 | Incoming | WC/AU | 01:00 | - |
| Sep 28 | 04:45 pm | (956) 778-6644 | Incoming | WC/AU | 01:00 | - |
| Sep 30 | 10:13 pm | (956) 202-7165 | Incoming | NW/WC/AU | 179:00 | - |
| Oct 01 | 11:57 am | (956) 536-3687 | Incoming | NW/WC/AU | 02:00 | - |
| | 07:27 pm | (956) 536-3687 | Incoming | NW/WC/AU | 01:00 | - |
| Oct 05 | 05:46 pm | (956) 536-3687 | Incoming | WC/AU | 01:00 | - |
| Oct 06 | 06:26 am | (956) 345-2087 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| Oct 07 | 08:13 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 08:42 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 08:43 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 71:00 | - |
| | 09:54 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 06:00 | - |
| | 10:01 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 183:00 | - |
| Oct 08 | 09:15 am | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 24:00 | - |
| | 09:40 am | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 68:00 | - |
| | 11:21 am | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 22:00 | - |
| | 11:43 am | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 45:00 | - |
| | 02:39 pm | (956) 536-3687 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 09:36 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 02:00 | - |
| | 09:38 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 02:00 | - |
| | 09:41 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 100:00 | - |
| Oct 09 | 11:25 am | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 04:00 | - |
| | 11:55 am | (956) 226-1691 | Incoming | NW/WC/AU | 37:00 | - |
| | 12:33 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 03:00 | - |
| | 12:56 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |

*Call Details - (956) 793-9903 - Voice continues...*

**Rate Type**
**AU**  Anytime/Plan Usage
**NW**  Night and Weekends
**WC**  Any Mobile,Anytime

MIRANDA - PL Bates No.000516



*Call Details - (956) 793-9903 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 12:56 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 13:00 | - |
| | 01:27 pm | (956) 202-7165 | Incoming | NW/WC/AU | 17:00 | - |
| | 04:08 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 195:00 | - |
| | 07:27 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 07:00 | - |
| | 07:40 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 02:00 | - |
| | 07:42 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 02:00 | - |
| | 07:45 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 02:00 | - |
| | 07:48 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 18:00 | - |
| | 08:05 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 08:06 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 07:00 | - |
| | 08:13 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
| | 08:13 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 80:00 | - |
| Oct 10 | 04:57 pm | (956) 226-1691 | Incoming | WC/AU | 31:00 | - |
| | 05:32 pm | (956) 226-1691 | Incoming | WC/AU | 23:00 | - |
| | 07:14 pm | (956) 325-6447 | Incoming | NW/WC/AU | 01:00 | - |
| Oct 11 | 05:08 pm | (956) 778-6119 | HARLINGEN,TX | WC/AU | 02:00 | - |
| Oct 12 | 06:21 pm | (956) 226-1691 | Incoming | WC/AU | 39:00 | - |
| | 09:01 pm | (956) 202-7165 | Incoming | NW/WC/AU | 64:00 | - |
| Oct 13 | 05:51 pm | (956) 778-6644 | Incoming | WC/AU | 01:00 | - |
| | 07:25 pm | (956) 226-1691 | Incoming | NW/WC/AU | 41:00 | - |
| Oct 15 | 07:31 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 241:00 | - |
| | 11:33 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 09:00 | - |
| Oct 16 | 08:48 pm | (956) 202-7165 | Incoming | NW/WC/AU | 58:00 | - |
| Oct 17 | 08:29 pm | (956) 202-7165 | Incoming | NW/WC/AU | 15:00 | - |

**Call Details -**              **- Voice**

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|

MIRANDA - PL Bates No.000517

*Call Details -              - Voice continues...*

**Rate Type**
**AU**  Anytime/Plan Usage
**NW**  Night and Weekends
**WC**  Any Mobile,Anytime



Account Number: 587629056
Bill Period: Oct 18 - Nov 17, 2016

## Call Details - (956) 793-9903 - Voice

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Oct 19 | 05:28 pm | (956) 778-6644 | Incoming | WC/AU | 01:00 | - |
| Oct 20 | 07:06 pm | (956) 202-7165 | Incoming | NW/WC/AU | 130:00 | - |
| Oct 21 | 10:05 pm | (956) 202-7165 | Incoming | NW/WC/AU | 63:00 | - |
| Oct 22 | 01:32 am | (956) 226-1691 | Incoming | NW/WC/AU | 20:00 | - |
|  | 01:52 am | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 34:00 | - |
|  | 05:26 pm | (956) 778-6644 | Incoming | NW/WC/AU | 01:00 | - |
|  | 09:29 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
|  | 09:33 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
|  | 09:38 pm | (956) 778-6644 | Incoming | NW/WC/AU | 03:00 | - |
| Oct 27 | 06:28 pm | (956) 226-1691 | HARLINGEN,TX | WC/AU | 49:00 | - |
| Oct 28 | 01:04 pm | (956) 734-3884 | HARLINGEN,TX | WC/AU | 01:00 | - |
|  | 07:58 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 65:00 | - |
|  | 10:43 pm | (956) 226-1691 | HARLINGEN,TX | NW/WC/AU | 72:00 | - |
| Oct 29 | 09:54 am | (956) 778-6644 | Incoming | NW/WC/AU | 01:00 | - |
| Oct 30 | 02:44 pm | (956) 778-6644 | HARLINGEN,TX | NW/WC/AU | 01:00 | - |
|  | 04:00 pm | (956) 778-6644 | HARLINGEN,TX | NW/AM | 01:00 | - |
|  | 07:30 pm | (956) 778-6644 | Incoming | NW/WC/AU | 01:00 | - |
| Nov 01 | 07:39 pm | (956) 778-6644 | Incoming | NW/WC/AU | 01:00 | - |
|  | 07:48 pm | (956) 622-8091 | Incoming | NW/WC/AU | 01:00 | - |
|  | 07:52 pm | (956) 778-6119 | HARLINGEN,TX | NW/WC/AU | 03:00 | - |
| Nov 03 | 06:43 pm | (956) 878-8351 | Incoming | WC/AU | 01:00 | - |
| Nov 04 | 05:49 pm | (956) 226-1691 | HARLINGEN,TX | WC/AU | 119:00 | - |
| Nov 10 | 07:02 pm | (956) 536-3687 | Incoming | NW/WC/AU | 01:00 | - |
| Nov 11 | 05:30 pm | (956) 778-6644 | Incoming | WC/AU | 01:00 | - |
|  | 05:58 pm | (956) 778-6644 | HARLINGEN,TX | WC/AU | 01:00 | - |
| Nov 12 | 11:56 am | (956) 202-7165 | Incoming | NW/WC/AU | 02:00 | - |
|  | 11:58 am | (956) 202-7165 | Incoming | NW/WC/AU | 05:00 | - |
|  | 06:37 pm | (956) 778-6644 | Incoming | NW/WC/AU | 01:00 | - |
|  | 08:09 pm | (956) 202-7165 | Incoming | NW/WC/AU | 122:00 | - |
| Nov 13 | 02:46 pm | (956) 536-3687 | Incoming | NW/WC/AU | 01:00 | - |
|  | 08:22 pm | (956) 202-7165 | Incoming | NW/WC/AU | 15:00 | - |
|  | 08:37 pm | (956) 202-7165 | HARLINGEN,TX | NW/WC/AU | 09:00 | - |

## Call Details - (　　　　　) - Voice

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|



MIRANDA - PL Bates No. 000534

Call Details -　　　　　- Voice continues...

### Rate Type

| | |
|---|---|
| AM | Off Network - Included in America Plan |
| AU | Anytime/Plan Usage |
| NW | Night and Weekends |
| WC | Any Mobile, Anytime |

Exhibit C