| 47/49 | BODY | 47/49 |
|---|---|---|

**47MUD**

STRIPING, PERIMETER, RIGHT Side Emergency Door; Reflective, White

**47NXM**

STRIPING, PERIMETER, RIGHT {3M} Side Emergency Door; 1" Yellow Fluroescent Diamond Grade

# REAR EMERGENCY DOOR & ACCESSORIES

## ■ DOOR, REAR EMERGENCY

### ■ ■ *Standard*

The emergency door (which is included in the Body, Rear feature code) is located in the center rear and can be opened from the inside or outside. The door is equipped with a hold-back device which allows the door to be opened and held securely in the 90° position. The door is designed to be quickly released but is also engineered to protect against accidental release.

The glass in the rear door windows will match passenger window tint unless optional clear glass is ordered.

Concealed interior hinges are fastened on the right side.

The outside handle is webb-type, non-detachable and hitch-proof. The rear door perimeter is outlined with reflective decal material to allow for greater visibility and meets FMVSS requirements.

A padded header bumper is mounted over the rear door and upholstered to match seat color.

## ■ HANDLE, EXTERIOR, REAR

### ■ ■ *Standard*

SCHOOL BUS
**47DEY**

HANDLE, EXTERIOR, REAR Emergency Door; Yellow

COMMERCIAL BUS
**47NLS**

HANDLE, EXTERIOR, REAR Emergency Door; White

### ■ ■ *Optional*

**47BJP**

HANDLE, EXTERIOR, REAR Emergency Door; Paint to Match Body Exterior

**47DCA**

HANDLE, EXTERIOR, REAR Emergency Door; Chrome

**47NLR**

HANDLE, EXTERIOR, REAR Emergency Door; Black

**47NLS**

HANDLE, EXTERIOR, REAR Emergency Door; White

## ■ HANDLE, ACCESS FOR RECESSED DOOR

### ■ ■ *Optional*

**47DCM**

HANDLE ACCESS FOR RECESSED DR Emergency Door; Exterior Rear

## ■ COVER, REAR DOOR INSIDE HANDLE

### ■ ■ *Standard*

**47DAJ**

COVER, REAR DOOR INSIDE HANDLE Partial Coverage

### ■ ■ *Optional*

**47DAH**

COVER, REAR DOOR INSIDE HANDLE Full Coverage

OMIT
**47DAM**

COVER, REAR DOOR INSIDE HANDLE Omit

## ■ LATCH, REAR DOOR

### ■ ■ *Standard*

The door latch is a 1-point slide bar, cam-operated with a 1" stroke. A red steel interior handle extends to the center of the door and lifts up to open. The doors also include a hold-back device.

Exhibit D

NAV000082