**STATE OF TEXAS**
**CERTIFICATION OF VITAL RECORD**

# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS UNIT

**Exhibit E**

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
NOV 21 2016

| | | |
|---|---|---|
| **STATE OF TEXAS** | **CERTIFICATE OF DEATH** | **STATE FILE NUMBER** 142-16-165937 |

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) / (Maiden) — GABRIEL MIRANDA JR
2. DATE OF DEATH (mm-dd-yyyy) ☒ACTUAL OR PRESUMED — NOVEMBER 14, 2016

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR Mo / Days | IF UNDER 1 DAY Hours / Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | 2002 | 13 | | | RICHMOND, TX |

7. SOCIAL SECURITY NUMBER — 9551
8. MARITAL STATUS AT TIME OF DEATH — ☐Married ☐Widowed ☐Divorced ☒Never Married ☐Unknown
9. SURVIVING SPOUSE'S NAME (if wife, give name prior to first marriage)

10a. RESIDENCE STREET ADDRESS — 1202 LITTLE CREEK DRIVE
10b. APT. NO. — NA
10c. CITY OR TOWN — HARLINGEN

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| CAMERON | TEXAS | 78550 | ☒ Yes ☐ No |

11. FATHER'S NAME PRIOR TO FIRST MARRIAGE — GABRIEL MIRANDA SR
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE — MARIA FUENTES

13. PLACE OF DEATH (CHECK ONLY ONE)
IF DEATH OCCURRED IN A HOSPITAL: ☐Inpatient ☒ER/Outpatient ☐DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐Hospice Facility ☐Nursing Home ☐Decedent's Home ☐Other (Specify)

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| HIDALGO | EDINBURG, 78539 | DOCTOR'S HOSPITAL AT RENAISSANCE |

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED — GABRIEL MIRANDA SR. - FATHER
18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) — 1202 LITTLE CREEK DRIVE, HARLINGEN, TX 78550

19. METHOD OF DISPOSITION — ☒Burial ☐Cremation ☐Donation ☐Entombment ☐Removal from state ☐Other (Specify)
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH — ORLANDO ALBERTO ELIZONDO ,BY ELECTRONIC SIGNATURE - 11051
21. ☐Unknown Section R / Block / Lot 42 / Space 5

22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) — MONT META MEMORIAL PARK CEMETERY
23. LOCATION (City/Town, and State) — SAN BENITO, TX

24. NAME OF FUNERAL FACILITY — TRINITY AT HARRISON FUNERAL HOME
25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) — 1002 E HARRISON, HARLINGEN, TX 78550

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

27. SIGNATURE OF CERTIFIER — CHARLIE ESPINOZA , BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED (mm-dd-yyyy) — NOVEMBER 16, 2016
29. LICENSE NUMBER
30. TIME OF DEATH (Actual or presumed) — 11:45 AM

31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) — CHARLIE ESPINOZA 212 NORTH 12 TH AVE, EDINBURG, TX 78541
32. TITLE OF CERTIFIER — JP

33. PART 1. ENTER THE CHAIN OF EVENTS -- DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT enter TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death) ----->
a. BLUNT FORCE HEAD TRAUMA
Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST
b.
Due to (or as a consequence of):
c.
Due to (or as a consequence of):
d.

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

34. WAS AN AUTOPSY PERFORMED? ☒ Yes ☐ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒ Yes ☐ No

36. MANNER OF DEATH — ☐Natural ☐Accident ☐Suicide ☐Homicide ☐Pending Investigation ☐Could not be determined
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐Yes ☒No ☐Probably ☐Unknown
38. IF FEMALE: ☐Not pregnant within past year ☐Pregnant at time of death ☐Not pregnant, but pregnant within 42 days of death ☐Not pregnant, but pregnant 43 days to one year before death ☐Unknown if pregnant within the past year
39. IF TRANSPORTATION INJURY, SPECIFY: ☐Driver/Operator ☒Passenger ☐Pedestrian ☐Other (Specify)

40a. DATE OF INJURY (mm-dd-yyyy) — NOVEMBER 14, 2016
40b. TIME OF INJURY — 11:00 AM
40c. INJURY AT WORK? ☐Yes ☒No
40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) — STREET

40e. LOCATION (Street and Number, City, State, Zip Code) — 1900 S. HWY 281-NORTHBOUND LANE, EDINBURG, TX 78541
40f. COUNTY OF INJURY — HIDALGO

41. DESCRIBE HOW INJURY OCCURRED — DECEDENT OPENED EMERGENCY REAR DOOR OF SCHOOL BUS AND JUMPED WHILE BUS WAS IN MOTION

42a. REGISTRAR FILE NO. — 030941
42b. DATE RECEIVED BY LOCAL REGISTRAR — NOVEMBER 21, 2016
42c. REGISTRAR — CITY OF EDINBURG, ELECTRONICALLY FILED

JLF

EDR NUMBER 000001999502

VS-112 REV 1/2006

QA0982 4267

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED   NOV 21 2016

VICTOR A. FARINELLI
ACTING STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK ... AND ... COLORED ...
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Miranda Pl 000440

