IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| GABRIEL MIRANDA, SR. and MARIA FUENTES, Individually and as Representatives of the Estate of GABRIEL MIRANDA, JR., <br><br>Plaintiffs, <br><br>V. <br><br>NAVISTAR, INC., NAVISTAR INTERNATIONAL CORPORATION, IC BUS, LLC, and IC BUS OF OKLAHOMA, LLC, <br><br>Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 7:18-cv-00353 |

## **ORDER DENYING DEFENDANTS' MOTION TO COMPEL**

On this day, upon consideration of Defendants' Motion to Compel, the Court concludes the Motion should be denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Compel is DENIED.

SIGNED this _____ day of _____ 2019.

_____
JUDGE PRESIDING