IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GABRIEL MIRANDA, SR., and | § | |
| MARIA FUENTES, Individually | § | |
| and as Representatives of the Estate of | § | |
| GABRIEL MIRANDA, JR., | § | |
| | § | CIVIL ACTION NO. 7:18-CV-00353 |
| v. | § | JURY |
| | § | |
| NAVISTAR, INC., NAVISTAR | § | |
| INTERNATIONAL CORPORATION, | § | |
| IC BUS, LLC, AND IC BUS OF | § | |
| OKLAHOMA, LLC | § | |

**DEFENDANT NAVISTAR, INC.'S OBJECTIONS AND RESPONSES TO
PLAINTIFFS' FIRST REQUESTS FOR ADMISSION**

TO:     Plaintiffs, Gabriel Miranda, Sr. and Maria Fuentes, Individually and as Representatives of the
Estate of Gabriel Miranda, Jr., by and through their attorneys of record, T Nguyen and Windle
Turley, Turley Law Firm, 6440 North Central Expressway, 1000 Turley Law Center, Dallas,
TX  75206 and Terry P. Gorman, Gorman Law Firm, PLLC, 901 Mopac Expwy S Suite 300,
Austin, TX 78746.

Pursuant to the Federal Rules of Civil Procedure, Defendant Navistar, Inc. submits its

Answers to Plaintiffs' First Requests for Admission.

Respectfully submitted,

By: */s/ William J. Collins, III*
William J. Collins, III
Texas State Bar No. 04621500
Fed. ID No. 3441
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Telephone:  (713) 951-1000
Facsimile:  (713) 951-1199
wcollins@sheehyware.com

Exhibit C

## RESPONSES TO REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**  Defendant has been correctly named in the present cause insofar as the legal designation of its name.

**RESPONSE:**

Admit

**REQUEST FOR ADMISSION NO. 2:**  The court in which the action is pending has personal jurisdiction.

**RESPONSE:**

Admit

**REQUEST FOR ADMISSION NO. 2(sic):**  The court in which the action is pending has subject matter jurisdiction.

**RESPONSE:**

Admit

**REQUEST FOR ADMISSION NO. 4:**  Defendant designed the IC bus in question.

**RESPONSE:**

Deny as to all the component parts

**REQUEST FOR ADMISSION NO. 5:**  Defendant manufactured the IC bus in question.

**RESPONSE:**

Deny as to all the component parts.

**REQUEST FOR ADMISSION NO. 6:**  Defendant assembled the IC bus in question.

**RESPONSE:**

Deny as to all the component parts

**REQUEST FOR ADMISSION NO. 7:**  Defendant distributed the IC bus in question.