IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| GABRIEL MIRANDA, SR. and | § | |
| MARIA FUENTES, Individually | § | |
| and as Representatives of the Estate | § | |
| of GABRIEL MIRANDA, JR., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | |
| NAVISTAR, INC., NAVISTAR | § | Civil Action No. 7:18-cv-00353 |
| INTERNATIONAL | § | |
| CORPORATION, IC BUS, LLC, | § | |
| and IC BUS OF OKLAHOMA, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
ON 11 OF DEFENDANTS' AFFIRMATIVE DEFENSES**

On this day, upon review of Plaintiffs' Motion for Summary Judgment on 11 of Defendants' Affirmative Defenses, the Court concludes the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Summary Judgment on 11 of Defendants' Affirmative Defenses is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the following defenses are stricken:

1. Subject matter jurisdiction,

2. Personal jurisdiction,

3. Improper venue,

4. Failure to state a claim upon which relief may be granted,

5. Statute of limitations,

6. Responsible Third Parties,

7. New and independent cause and/or intervening and superseding cause,

8. Failure to mitigate damages,

9. Estoppel and/or waiver,

10. Proportionate responsibility/comparative fault, contribution, indemnity, credit, and

11. Assumption of the Risk: Suicide.

ENTERED this _____ day of _____, 20__, at McAllen, Texas.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE