# AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF HIDALGO

CASE: 16-58130
TIME: 10:49 A.M.

**BEFORE ME,** the undersigned authority, a peace officer in and for the City of Edinburg, Hidalgo County, Texas, on this date personally appeared ___Laura Castro Ruiz___ who after being duly sworn by me, upon _Her_ oath proposes and says:

MY NAME IS ___Laura Castro Ruiz___ . MY DATE OF BIRTH IS █████ / I AM _36_ YEARS OLD. I RESIDE AT _33106 Bent Tree Ave. San Benito, Tx. 78586_ I CAN BE REACHED AT _956-404-9029_ MY █████ DRIVERS LICENSE NUMBER IS █████ I AM EMPLOYED WITH _Harlingen CISD_

On Monday, 11/14/2016, at about 8:45 a.m. I left Vernon Middle School in Harlingen, Cameron County, Texas. I was driving School Bus #118, and it was carrying about 40 children, along with two teachers. Jesse Castaneda was ahead of me driving Bus #141, and Larry McFarland was behind me driving Bus #38. We were going to the UTRGV Campus in Edinburg, Hidalgo County, Texas, so the children could take a tour of the college.

Upon arriving in Edinburg, I began checking my mirrors so I could move over to the outer North bound lane of I-69C, preparing to exit University Drive. As I began making my lane change, I heard the emergency exit buzzer go off. At first I thought one of the children accidentally pulled the emergency lever on one of the bus windows. I even heard one of the teacher's telling the children to check the windows, but when I checked my rear view mirror, I noticed the rear emergency door was open. I also heard a girl screaming, so I pulled over to the shoulder, and stopped the bus. I did not see anyone exit the rear door when the emergency buzzer went off.

I then radioed Larry & Jesse, and told them that I had to stop, because someone opened the rear emergency exit door on my bus. Larry then told me that he stopped too. I looked back, and saw his bus stopped on the roadway, with his red stop lights on. The teachers exited my bus, and walked back toward Larry's bus. After a few moments, I saw Police Officers showing up, along with EMS. They asked me if I saw anything, and if the bus has a camera. I told them what I saw, and that the bus does have a video camera that was recording at the time.

Sworn to and subscribed before me, a peace officer while engaged in the performance of my duties and under the authority of Chapter 602.002. Texas Government Code, on this the _14th_ day of _November_, 2016.

| Oath to be administered by Officer |
|---|
| Do you swear that the above statement is the true and correct to the best of your knowledge? |

_[signature]_
AFFIANT'S SIGNATURE

___INV. MANUEL GARZA #238___
Name of Peace Officer & ID. NO.: (print)

_[signature] #238_

Peace Officer in and for the City of Edinburg,
Hidalgo County, Texas  (Signature)