# AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF HIDALGO

Time: 10:50 am

BEFORE ME, the undersigned authority, a Notary Public in and for Hidalgo County, on this date personally appeared __Arturo Javier Ayala__ who after being to me duly sworn, upon __HIM__ oath proposes and says:

I have been informed that under the Penal Code of the State of Texas, Section 37.02, a person commits the offense of Perjury if he/she makes a false statement previously made; and the statement is required or authorized by law to be made under oath.

My name is Arturo Javier Ayala. My date of birth is ▮▮▮▮▮▮▮. I am 26 years old. I live at 2901 Nueces Dr, Harlingen, Camron County, Texas. My phone number is 956-425-6659. My Driver's License number is Texas 24565941.

On November 14, 2016 am in the morning we were at Vernon Middle School getting ready to go to the Collage at UTRGV in Edinburg. I am an 8th grade teacher at Vernon Middle School and we had about 40 to 42 student in the bus on the ride over to The Edinburg UTRGV for a school field trip. While we were on the expressway coming into Edinburg I could see the Freddy Gonzalez Exit. As I was sitting on the left side in the second seat with a student Dolores Martinez, when I heard the back door alarm go off. At that point I look back and noticed the back door open. I then begin to making my way over to the back and tell the kids to stay seated, and that's when the kids began to yell. I then reached the back and I ask Emily Lopez what happened. Emily while crying tells me that he jumped, and as I looked back I could see the student in the road. The bus then came to a stop and that when I ran off the bus and ran over to where Gabriel Miranda was at in the middle of the Expressway. I then saw that another teacher was attending to Gabriel. I then went back to our bus and I made contact with Emily who was already talking to some Officers. While I was with Emily she was saying that Gabriel jumped. Emily said that they had just broken up with Gabriel and that she was trying to calm him down and that is when he opened the door and jumped out. I then got on the bus and began to calm the rest of the students down while we waited.

**THE ABOVE IS THE TRUTH.**

Sworn to and subscribed before me, a peace officer while engaged in the performance of my duties and under the authority of Chapter 602.002 Texas Government Code, on this the __14__ day of __November__ 2016.

*Oath to be administered by Peace Officer*
Do you swear that the above statement is the true and correct to the best of your knowledge?

Case# 16-58130

AFFIANT'S SIGNATURE

Peace Officer & ID. NO#: R. Roman #219 (print)

Peace Officer in and for the City of Edinburg, Hidalgo County, Texas (Signature) H219

NAV001169

EXHIBIT D

00062