# AFFIDAVIT

**THE STATE OF TEXAS**
**COUNTY OF HIDALGO**

BEFORE ME, the undersigned authority, a Notary Public in and for Hidalgo County, on this date personally appeared _Emily Lopez_ who after being to me duly sworn, upon her oath proposes and says:

I HAVE BEEN INFORMED THAT UNDER THE PENAL CODE OF THE STATE OF TEXAS, SECTION 37.02, A PERSON COMMITS THE OFFENSE OF PERJURY IF HE/SHE MAKES A FALSE STATEMENT UNDER OATH OR SWEARS TO THE TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.

My name is Emily Lopez. I am 13 years old. My date of birth is ▮▮▮▮. I reside at ▮▮▮▮ ▮▮▮▮, Texas. I attend Vernon Middle School (8th Grade) in Harlingen, Texas.

On Saturday, November 12, 2016, during the evening I was texting with Gabriel on Kick. I told him that we needed a break from each other. I was involved in a lot of activities and he didn't want to join any. Gabriel seemed okay with it but wanted to get back together after the holidays.

Today, this morning, I saw him and I spoke to him and offered to give him his money change back from an ice cream that he had bought for me on Friday. He told me to keep it and he laughed.

I got in the bus and sat next to Monica at first. I let use my phone so that she could watch videos. I wanted to go to sleep. I could see Gabriel out of the corner of my eye and could hear him joking around. I didn't want to see him because I didn't want to cry.

My friend Monica told me in the cafeteria before we got in the bus that Gabriel had said that it was fun that we had broken up. I got a little emotional about it.

On the Bus I got closer to Gabriel and reached out to hold pinky fingers. I then saw that he was crying and then that he seemed angry. I then saw that he got up and pulled the lever to the door and jumped out.

**THE ABOVE IS THE TRUTH**

_Emily Lopez_
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _14th_ OF _NOVEMBER_, 2016.

**OATH TO BE ADMINISTERED BY OFFICER**
Do you swear that the above statement is
True and correct to the best of your knowledge?

_Ramiro Ruiz   213_
NAME OF PEACE OFFICER AND ID

_[signature]_
PEACE OFFICER IN AND FOR THE CITY
OF EDINBURG, HIDALGO COUNTY, TX
(SIGNATURE)

CASE # 16-58130