## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF HIDALGO

BEFORE ME, the undersigned authority, a Notary Public in and for Hidalgo County, on this date personally appeared Jeremy Ornelas who after being to me duly sworn, upon his oath proposes and says:

I have been informed that under the Penal Code of the State of Texas, Section 37.02, a person commits the offense of Perjury if he/she makes a false statement previously made; and the statement is required or authorized by law to be made under oath.

My name is Jeremy Ornelas. I am 13 years old and my date of birth is ▓▓▓▓. I live at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. My mother Jennifer Castillo telephone number is (575) 420-1067. I am in the 8th grade attending Vernon Middle School.

On Monday November 14, 2016 I was on a school bus traveling to the city of Edinburg. I was sitting in the back of the bus with my friend Derick Jimenez. I was by the isle and Derick was sitting by the window. Across from us was Gabriel Miranda, who was sitting by himself. We were sitting right next door to the back door of the bus. I remember looking at Gabriel and he looked mad. I started talking with Derick and wasn't pay attention to Gabriel when I heard a beeping noise. I turned around and I saw Gabriel jump off the bus while we were on the highway. The beeping noise was the back emergency door alarm.

**THE ABOVE IS THE TRUTH.**

Sworn to and subscribed before me, a peace officer while engaged in the performance of my duties and under the authority of Chapter 602.002 Texas Government Code, on this the ___14th___ of ___November___ 2016

| Oath to be administered by Officer |
|---|
| Do you swear that the above statement is the true and correct to the best of your knowledge? |

✗ _Jeremy Ornelas_
AFFIANT'S SIGNATURE

Detective Jessie Moreno # 228
Peace Officer & ID. NO#: (print)

_____
Peace Officer in and for the City of Edinburg,
Hidalgo County, Texas   (Signature)

CASE # 16-58130

1

NAV001177
EXHIBIT F
00070