# AFFIDAVIT

**THE STATE OF TEXAS**
**COUNTY OF HIDALGO**

CASE: 16-58130

**BEFORE ME,** the undersigned authority, a peace officer in and for the City Of Edinburg, Hidalgo County, Texas, on this date personally appeared <u>Dereck Ethan Jimenez</u> who after being to me duly sworn, upon <u>His</u> oath proposes and says:

MY NAME IS <u>Dereck Ethan Jimenez</u>. MY DATE OF BIRTH IS ▮▮▮▮ I AM <u>14</u> YEARS OLD. I RESIDE AT <u>unknown Harlingen, TX. 78550</u>. I CAN BE REACHED AT <u>956 291-2058</u>. My mother is <u>Cassandra Jimenez</u> her phone number is <u>956 536-3705</u>.

On Monday November 14, 2016 at around 8:00 a.m., I along with my classmates were on our way to UTRGV on a field trip. I was sitting next to Jeremy Ornelas towards the very back of the bus on the passenger side I don't know the seat number.

Jeremy and I were talking most of the way but I did notice Gabriel to look depressed and sad I also saw Emily trying to talk to him but it looked like he was ignoring her. I saw Gabriel sitting on the very back seat by himself with his head against the front seat.

I then saw Gabriel stand up from his seat and pick up the door latch to the back door and jumped off. It happened really fast and he didn't say anything to anyone. I saw him land on his right side of his body and rolled over. The cars stopped and the police and ambulance arrived shortly after.

I think Gabriel jumped off the bus because his girlfriend Emily had recently broken up with him.

Sworn to and subscribed before me, a peace officer while engaged in the performance of my duties and under the authority of Chapter 602.002. Texas Government Code, on this the <u>14</u> day of <u>November</u>, 2016.

| Oath to be administered by Officer |
|---|
| Do you swear that the above statement is the true and correct to the best of your knowledge? |

X *Dereck Jimenez*
AFFIANT'S SIGNATURE

*Ruly Gonzola* #229
Name of Peace Officer & ID. NO.: (print)

Peace Officer in and for the City of Edinburg,
Hidalgo County, Texas  (Signature)