```
                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                             McALLEN DIVISION

GABRIEL MIRANDA, SR., and      *
MARIA FUENTES, Individually    *
and as Representatives of      *
the Estate of GABRIEL          *
MIRANDA, JR.,                  *
           Plaintiffs,         *
                               *
VS.                            *   CIVIL ACTION NO. 7:18-CV-00353
                               *
NAVISTAR, INC., NAVISTAR       *   JURY
INTERNATIONAL CORPORATION,     *
IC BUS, LLC, AND IC BUS OF     *
OKLAHOMA, LLC,                 *
           Defendants.         *

*******************************************************************

                  ORAL AND VIDEOTAPED DEPOSITION OF

                         MARCOS OSCAR PEREZ

                            MARCH 4, 2020

*******************************************************************
```

ORAL AND VIDEOTAPED DEPOSITION OF MARCOS OSCAR PEREZ, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 4th day of March, 2020 from 2:38 p.m. to 3:15 p.m. before Katherine J. Brookbank, CSR in and for the State of Texas, reported by method of machine shorthand, at the office of Ace Court Reporting Services, 220 East University Drive, Edinburg, Texas, 78539, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record hereto.



800.211.DEPO (3376)
EsquireSolutions.com
EXHIBIT H

|  |  |
|---|---|
| 1 | APPEARANCES |

FOR THE PLAINTIFF(S)
    Ms. T Nguyen
    TURLEY LAW FIRM
    6440 North Central Expressway
    1000 Turley Law Center
    Dallas, Texas 75206
    214.691.4025
    tn@wturley.com

FOR THE DEFENDANT(S)
    Mr. William J. Collins, III and Ms. Laura S. Favaloro
    SHEEHY WARE & PAPPAS, PC
    2500 Two Houston Center
    909 Fannin Street
    Houston, Texas 77010
    713.951.1000
    wcollins@sheehyware.com
    lfavaloro@sheehyware.com

ALSO PRESENT:
    Videographer, Ace Court Reporting Services



```
 1                              INDEX

 2                                                              PAGE

 3   Appearances -------------------------------------------    2

 4   Stipulations (Attached hereto) ---------------------------  N/A

 5   MARCOS OSCAR PEREZ

 6         Examination by Ms. T Nguyen --------------------------  4
           Examination by Mr. William J. Collins, III -----------  24
 7
     Changes and Signature ---------------------------------  30
 8
     Reporter's Certificate --------------------------------  31
 9
                                EXHIBITS
10   NO. DESCRIPTION                                           PAGE

11   1 - Police Report ------------------------------------   24

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                       PROCEEDINGS
2             THE VIDEOGRAPHER:  Today's date is March 4th,
3   2020.  The time is approximately 2:38 p.m.  We are now on the
4   video record.  At this time if our court reporter would swear
5   in the witness, we may then proceed.
6   `                 MARCOS OSCAR PEREZ,
7        having been duly sworn, testified as follows:
8                      E X A M I N A T I O N
9        Q    (BY MS. NGUYEN) If you would, please state your full
10  name for the record.
11       A    My name is Marcos Oscar Perez.
12       Q    And what is your title at the police department?
13       A    I am a patrol officer with the Edinburg Police
14  Department.
15       Q    And, Officer Perez, my name is T Nguyen and I
16  represent the family of Gabriel Miranda, Jr., the student who
17  was in an incident involving a school bus on November 14, 2016
18  on the highway in Edinburg.
19       A    Uh-huh.
20       Q    Do you understand who I am and who I represent?
21       A    Yes.
22       Q    Okay.  And in this lawsuit we are suing the bus
23  manufacturer.  Do you understand that?
24       A    Yes.
25       Q    And the bus manufacturer is represented by Willie



```
 1   Collins and Laura Favaloro.  Have you met Ms. Favaloro or Mr.
 2   Collins before?
 3        A    Yes.  Yesterday I briefly met them.  I had a mix-up
 4   with the e-mail and I showed up.
 5        Q    Okay.  And before that, had you met them or talked to
 6   them?
 7        A    No.
 8        Q    Have you ever spoken to me?
 9        A    No.
10        Q    Have you given a deposition before?
11        A    Not in this form.  This looks real official and
12   fancy.  Yes.
13        Q    Okay.  So you have never sat in a room with attorneys
14   from different sides of a lawsuit and a court reporter taking
15   down everything?
16        A    Yes.  Yes, I have.
17        Q    You have?
18        A    Yes.  I have.  Sorry for making that more
19   complicated.  Yes, I have.
20        Q    Okay.  And how many times?
21        A    Maybe a handful of times.  Not too many.
22        Q    And how long have you been a police officer?
23        A    About seven years.
24        Q    Basically, what I would like to do here is find out
25   from you what your role was in regards to responding to that
```



```
1   incident on November 14, 2016.
2        A    Okay.
3        Q    Do you remember that incident?
4        A    I -- I do briefly.  Yes.  It was a while back.  It
5   was a little, you know, traumatic and interesting, so it kind
6   of stuck.  But, yeah, I remember certain parts of it.
7        Q    Okay.  Tell me how you learned about that incident.
8        A    I remember we were working patrolling.  Everything
9   seemed to be just like it is in police work.  You know,
10  sometimes it's busy, sometimes it's not.  And I remember that
11  particular morning I was kind of steady as far as the calls.
12  And we got the call-out for a student, from what I recall, that
13  fell out of the back of a school bus on the expressway.  So of
14  course, you know, we activate our emergency lights and things
15  of that nature on our units and respond to that area.  I
16  remember they stated it was off the expressway, close to the
17  Freddy Gonzalez Drive exit.  So we make our way out there.  And
18  I remember that Ashley -- Officer Ashley Rosales was the first
19  on the scene approximately, I mean, a couple of minutes in
20  front of me.  I remember her airing out that she was out with
21  the male and that she was going to begin CPR on him.  So I get
22  there.  I am within that time.  And, basically, see her, maybe
23  two other individuals around the male, the juvenile, laying on
24  his back with his eyes closed and with like a pool of blood
25  from -- coming from the back of his head.  I remember that,
```



```
 1  since we were on the expressway, the expressway sloped at
 2  certain points and I remember kind of seeing the puddle of
 3  blood starting to slope down a bit.  She was administering CPR
 4  on him.  So I can't recall if I asked her what she needed from
 5  me or if I just kind of went on my way and started figuring out
 6  things to do.  I briefly remember maybe passer-bys or, you
 7  know, people that have witnessed it or, you know, just had seen
 8  the -- the -- the juvenile there on the expressway and just
 9  standing by.  I see the school bus 50, 100 feet, maybe a little
10  more, north of where the body was.  And I can't remember if I
11  -- if the back door was still open or not.  I just remember
12  seeing the bus was filled with students.  I remember going into
13  the bus and, I mean, kids were -- maybe some were -- were kind
14  of hysterical, but I think for the most part most of them were
15  silent and in shock.  I remember, I guess, trying to ask what
16  happened briefly so we can kind of start piecing things
17  together.  And I remember speaking to his girlfriend or his
18  close friend and her being, you know, hysterical and just kind
19  of saying that, you know:  He jumped out.  He jumped out.  I
20  don't remember much more in regards to that conversation.  But
21  I do remember, I guess, kind of asking students in the bus --
22  or overhearing, but that she broke up with him in the school
23  bus.  That she has done it before, I guess, where -- I mean,
24  they are teenagers in junior high, love and -- and you know:  I
25  am breaking up with you.  We are back together.  I am breaking
```



1  up."  She had done that before.  And then this time around
2  conversation in the bus, they were sitting next to each other,
3  I believe.  She had told him:  I am breaking up with you.  And
4  that he just got up and went to the back of the bus and pushed
5  open -- opened the door somehow or another and just fell out.
6  And that was it.
7       Q   Did you have any involvement with the students or
8  anyone involved with the bus back at the police department?
9       A   I did not.  At that point Investigations got
10 involved.  Administration got involved.  Everybody was out
11 there.  The Edinburg School District Police Department, I guess
12 they believed that it was, you know, one of their busses, and
13 so they were all on scene also.  And I know that they assisted
14 back there at the activity center there by the police
15 department on East Palm.  Basically, I -- I remember there on
16 scene -- at that point, I remember just taking kind of like
17 orders from administration, the assistant chiefs and the
18 chiefs:  Okay.  Can you do this?  Can you do that?  Very brief
19 stuff, but basically kind of containing people or figuring out
20 what we were going to do.  And -- and I think initially they
21 were going to try to identify the students on the bus there on
22 scene, but then they decided to escort the bus to the activity
23 center.  And I remember that the traffic -- the motorcycle
24 police officers from our department provided an escort to them
25 to the activity center.  I remember also kind of in that convey



```
1               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
2                       McALLEN DIVISION

3   GABRIEL MIRANDA, SR., and    *
    MARIA FUENTES, Individually  *
4   and as Representatives of    *
    the Estate of GABRIEL        *
5   MIRANDA, JR.,                *
                     Plaintiffs, *
6                                *
    VS.                          *  CIVIL ACTION NO. 7:18-CV-00353
7                                *
    NAVISTAR, INC., NAVISTAR     *  JURY
8   INTERNATIONAL CORPORATION,   *
    IC BUS, LLC, AND IC BUS OF   *
9   OKLAHOMA, LLC,               *
                     Defendants. *
10
    -----------------------------------------------------------
11                  CERTIFICATION FROM THE
         ORAL AND VIDEOTAPED DEPOSITION OF MARCOS OSCAR PEREZ
12                       MARCH 4, 2020
    -----------------------------------------------------------
13

14       I, KATHERINE J. BROOKBANK, Certified Shorthand Reporter in

15  and for the State of Texas, do hereby certify that the facts as

16  stated by me in the caption hereto are true; that there came

17  before me the aforementioned named person, who was by me duly

18  sworn to testify the truth concerning the matters in

19  controversy in this cause; and that the examination was reduced

20  to writing by computer transcription under my supervision; that

21  the deposition is a true record of the testimony given by the

22  witness.

23       I further certify that I am neither attorney or counsel

24  for, related to or employed by, any of the parties to the

25  action in which this deposition is taken, and, further, that I
```



800.211.DEPO (3376)
EsquireSolutions.com
EXHIBIT H

1  am not a relative or employee of any attorney or counsel
2  employed by the parties hereto, or financially or otherwise
3  interested in the action.
4       Pursuant to Rule 30(e)1:
5       XXXX Reading and Signing was requested.
6       ____ Reading and Signing was waived.
7       ____ Reading and signing was not requested.
8
9       Given under my hand and seal of office on this _____ day
10 of _____, 2020.
11
12
13
14
15  _____
16  KATHERINE J. BROOKBANK
    Certified Shorthand Reporter
    in and for the State of Texas
17  Cert. No. 2060, Expires 8/31/2021
18
19
20
21
22
23
24
25



800.211.DEPO (3376)
*EsquireSolutions.com*
**EXHIBIT H**