# DOCTORS HOSPITAL AT RENAISSANCE — EMERGENCY Record

| Field | Value |
|---|---|
| ADMIT DATE/TM | 11/14/2016 10:08 |
| DOB | 12/28/2002 |
| AGE | 13Y |
| SEX | M |
| RACE | W |
| MS | S |
| ROOM | UNKNOWN_ROOM-UNKNOWN_BED |
| VISIT ID | 4599654 |
| MED REC | 00796706 |
| PATIENT TYPE | EMERGENCY |
| FINANCIAL CLASS | SELF PAY |
| ADM TYPE | EMERGENCY |
| PREFERRED LANG | English |
| SERVICE | EMERGENCY DEPARTMENT (O) |
| ADM BY | rdrgj11 |
| ATTENDING DOCTOR | CORTINAS, JAVIER 90042 |
| ADMITTING DOCTOR | CORTINAS, JAVIER 90042 |
| REFERRING DOCTOR | CORTINAS, JAVIER 90042 |
| CHIEF COMPLAINT | AUTO PED |

**PATIENT**

- PATIENT NAME AND ADDRESS: MIRANDA, GABRIEL; 1202 LITTLE CREEK DR; HARLINGEN, TX 78550
- SOC-SEC-NO: 000000000
- TELEPHONE NO.: (956)778-6644
- PATIENT EMPLOYER: NOT EMPLOYED
- TELEPHONE NO.: ( ) -

**GUARANTOR**

- GUARANTOR NAME & ADDRESS: MIRANDA, GABRIEL 1202 LITTLE CREEK DR; HARLINGEN, TX 78550; 12/28/2002
- SOC-SEC-NO.: 000000000
- TELEPHONE NO.: (956)778-6644
- GUARANTOR 2 EMPLOYER: NOT EMPLOYED
- TELEPHONE NO.:

**INSURANCE**

INSURANCE 1:
- INS CO NAME: SELF PAY
- ADDRESS1: .
- ADDRESS2:
- C/S/Z: EDINBURG, TX 78539
- POL HOLDER: MIRANDA, GABRIEL
- INS SEX: M
- REL TO PAT: Self
- CERT#: 000000000000000
- GROUP#:
- GROUP NM:
- PHONE NM: (713)875-7009

INSURANCE 2: .

INSURANCE 3: .

Auto Accident   11/14/2016 10:15

**CONTACT**

- EMERGENCY CONTACT: FUENTES, GABRIEL   (956)778-6119
- NEXT OF KIN / RELATION: FUENTES, MARIA   (956)778-6644
- ALLERGIES:

**MISC**

| ADV DIRECTIVES | PREV VISIT | MODE OF ARRIVAL | NURSING STATION | RELIGION |
|---|---|---|---|---|
| NONE | | AMBULANCE | Unknown Location | CATHOLIC |

- ADMIT DIAGNOSIS:
- ACCOMMODATION:
- DATE PRINTED: 11/14/2016 1:51 PM
- PRIVACY NOTICE DATE:
- COMMENTS: