# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
NOV 21 2016

**STATE OF TEXAS — CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 142-16-165937

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED (First, Middle, Last) | GABRIEL MIRANDA JR |
| 2. DATE OF DEATH - ACTUAL OR PRESUMED | NOVEMBER 14, 2016 |
| 3. SEX | MALE |
| 4. DATE OF BIRTH | DECEMBER 28, 2002 |
| 5. AGE - Last Birthday (Years) | 13 |
| 6. BIRTHPLACE | RICHMOND, TX |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8. MARITAL STATUS AT TIME OF DEATH | Never Married |
| 9. SURVIVING SPOUSE'S NAME | |
| 10a. RESIDENCE STREET ADDRESS | 1202 LITTLE CREEK DRIVE |
| 10b. APT. NO. | NA |
| 10c. CITY OR TOWN | HARLINGEN |
| 10d. COUNTY | CAMERON |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 78550 |
| 10g. INSIDE CITY LIMITS? | Yes |
| 11. FATHER'S NAME PRIOR TO FIRST MARRIAGE | GABRIEL MIRANDA SR |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | MARIA FUENTES |
| 13. PLACE OF DEATH | ER/Outpatient |
| 14. COUNTY OF DEATH | HIDALGO |
| 15. CITY/TOWN, ZIP | EDINBURG, 78539 |
| 16. FACILITY NAME | DOCTOR'S HOSPITAL AT RENAISSANCE |
| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | GABRIEL MIRANDA SR. - FATHER |
| 18. MAILING ADDRESS OF INFORMANT | 1202 LITTLE CREEK DRIVE, HARLINGEN, TX 78550 |
| 19. METHOD OF DISPOSITION | Burial |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | ORLANDO ALBERTO ELIZONDO, BY ELECTRONIC SIGNATURE - 11051 |
| 21. Section | R |
| Block | |
| Lot | 42 |
| Space | 5 |
| 22. PLACE OF DISPOSITION | MONT META MEMORIAL PARK CEMETERY |
| 23. LOCATION | SAN BENITO, TX |
| 24. NAME OF FUNERAL FACILITY | TRINITY AT HARRISON FUNERAL HOME |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 1002 E HARRISON, HARLINGEN, TX 78550 |
| 26. CERTIFIER | Medical Examiner/Justice of the Peace |
| 27. SIGNATURE OF CERTIFIER | CHARLIE ESPINOZA, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED | NOVEMBER 16, 2016 |
| 29. LICENSE NUMBER | |
| 30. TIME OF DEATH | 11:45 AM |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | CHARLIE ESPINOZA 212 NORTH 12 TH AVE, EDINBURG, TX 78541 |
| 32. TITLE OF CERTIFIER | JP |

**33. PART 1. CHAIN OF EVENTS**

a. IMMEDIATE CAUSE: BLUNT FORCE HEAD TRAUMA

**34. WAS AN AUTOPSY PERFORMED?** Yes
**35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** Yes

**36. MANNER OF DEATH:** Suicide
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** No
**39. IF TRANSPORTATION INJURY, SPECIFY:** Passenger

| Field | Value |
|---|---|
| 40a. DATE OF INJURY | NOVEMBER 14, 2016 |
| 40b. TIME OF INJURY | 11:00 AM |
| 40c. INJURY AT WORK? | No |
| 40d. PLACE OF INJURY | STREET |
| 40e. LOCATION | 1900 S. HWY 281-NORTHBOUND LANE, EDINBURG, TX 78541 |
| 40f. COUNTY OF INJURY | HIDALGO |

**41. DESCRIBE HOW INJURY OCCURRED:** DECEDENT OPENED EMERGENCY REAR DOOR OF SCHOOL BUS AND JUMPED WHILE BUS WAS IN MOTION

| Field | Value |
|---|---|
| 42a. REGISTRAR FILE NO. | 030941 |
| 42b. DATE RECEIVED BY LOCAL REGISTRAR | NOVEMBER 21, 2016 |
| 42c. REGISTRAR | REGISTRAR - CITY OF EDINBURG, ELECTRONICALLY FILED |

EDR NUMBER 000001999502

VS-112 REV 1/2006

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195.1989)

Q A 0 9 8 2 4 2 6 7

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED NOV 21 2016

VICTOR A. FARINELLI
ACTING STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A ... ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Miranda  PL 000440    EXHIBIT K