IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF TEXAS
McAllen DIVISION

ESTATE OF GABRIEL MIRANDA, JR., ET AL.     :
:
:
vs.                                        :    CIVIL ACTION NO. 7:18-CV-00353
:
:
NAVISTAR, INC., ET AL.                     :

### DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **Valley Forensics PLOC**
Records Pertaining To: **Gabriel Miranda**
Type of Records: **Any and all records, including but not limited to medical examiner's records/reports and/or autopsy records/reports, photos, and any other documentation contained in the file.**

1. Please state your full name.

    Answer: _Norma J. Farley_

2. Please state by whom you are employed and the business address.

    Answer: _Valley Forensic PLLC 3100 A. S. Bus. Hwy 281, Edinburg Tx 78539_

3. What is the title of your position or job?

    Answer: _Forensic Pathologist_

4. Are these memoranda, reports, records, or data compilations, outlined in the subpoena duces tecum, pertaining to the above-named person, in your custody or subject to your control, supervision or direction?

    Answer: _Yes_

5. Are you able to identify these aforementioned records as the originals or true and correct copies of the originals?

    Answer: _Yes_

6. Please hand to the Officer taking this deposition copies of the memoranda, reports, records, or data compilations, mentioned in Question No. 4. Have you complied? If not, why?

    Answer: _Yes, the records produced by this office have been released._

7. Are the copies which you have handed to the Officer taking this deposition true and correct copies of such memoranda, reports, records, or data compilations.

    Answer: _Yes_

Order No. 71631.005                                              **EXHIBIT L**

# Valley Forensics, P.L.L.C.

Norma Jean Farley, M.D.
Anatomic, Clinical and Forensic Pathologist
3100-A S. Business Hwy 281, Edinburg, TX 78539
Tel: (956) 292-7014; Fax: (866) 682-0360



## Cause and Manner of Death Document

Case No.: A16-327

Name:  Miranda, Jr., Gabriel

Sex:  M    Age: 13

Date & Time of Autopsy:
Nov. 15, 2016; 9:30 AM

**Cause of Death: Blunt force head trauma**

**Opinion on Manner: Suicide**

**Conclusion:**   The manner of death is base on the investigative information available including affidavits from individuals on the bus.

_____
Norma Jean Farley, M.D.

Note: This document is issued within 48 to 72 hours of the autopsy to help in completing the death certificate until the final report is released.

EXHIBIT L
00008