United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GABRIEL MIRANDA, SR., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-353 |
| | § | |
| NAVISTAR, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

In accordance with the Court's Amended Order Granting Defendants' Motion for Summary Judgment and Denying All Other Motions As Moot (Dkt. No. 80), the Court hereby **ORDERS** that all claims asserted by Plaintiffs Gabriel Miranda, Sr. and Maria Fuentes, individually and as representatives of the Estate of Gabriel Miranda, Jr., against Defendants Navistar, Inc., Navistar International Corporation, IC Bus, LLC, and IC Bus of Oklahoma, LLC are **DISMISSED** with prejudice.

All relief not expressly granted herein is **DENIED**.

SO ORDERED this 16th day of December, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge