IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| GABRIEL MIRANDA, SR. and<br>MARIA FUENTES, Individually and<br>as Representatives of the Estate of<br>GABRIEL MIRANDA, JR., <br><br>Plaintiffs,<br><br>V.<br><br>NAVISTAR, INC., NAVISTAR<br>INTERNATIONAL CORPORATION,<br>IC BUS, LLC, and IC BUS OF<br>OKLAHOMA, LLC,<br><br>Defendants. | §§§§§§§§§§§§§§§§ | C.A. No. 7:18-cv-00353 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Gabriel Miranda, Sr. and Maria Fuentes, Individually and as Representatives of the Estate of Gabriel Miranda, Jr. appeal to the United States Court of Appeals for the Fifth Circuit, from the United States District Court, Texas Southern District, McAllen Division's Final Judgment (Dkt. No. 81) entered in this action on December 16, 2020.[1]

---

[1] On January 11, 2021, Plaintiffs filed their Motion for Reconsideration (Dkt. No. 82). On April 27, 2021, the Court denied Plaintiffs' Motion (Dkt. No. 90).

Order Denying Plaintiff's Motion for Reconsideration of the Court's Summary Judgment Decision, entered in this action on April 27, 2021.

Respectfully submitted,

TURLEY LAW FIRM

*/s/ T Nguyen*
T Nguyen
State Bar No. 24051116
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206
Telephone No. 214/691-4025
Telecopier No. 214/361-5802
Email: tn@wturley.com; davette@wturley.com

Windle Turley
State Bar No. 20304000
Email: win@wturley.com; davette@wturley.com

ATTORNEYS FOR PLAINTIFFS

**Of Counsel**

GORMAN LAW FIRM, PLLC
Terry P. Gorman
State Bar No. 08218200
901 Mopac Expwy S Suite 300
Austin, TX 78746
Telephone No. 512/320-9177
Telecopier No. 512/597-1455
tgorman@school-law.co

## CERTIFICATE OF SERVICE

      This is to certify that on this 27th day of May 2021, a true and correct copy of the foregoing document was filed in the CM/ECF filing system in this Court, which will serve all counsel of record.

                                      */s/ T Nguyen*
                                      T Nguyen