# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20210427-190

Terry P Gorman
State Bar Information
901 Mopac Expressway South
Suite 300
Austin, TX 78746

United States Courts
Southern District of Texas
FILED

NOV 22 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, April 27, 2021
Case Number: 7:18-cv-00353
Document Number: 91 (8 pages)
Notice Number: 20210427-190
Notice: The attached order has been entered.



FILED
United States Courts
Southern District of Texas

NOV 22 2021

Nathan Ochsner, Clerk of Court

```
            731 N7E 1    A21F0111/14/21
            RETURN TO SENDER
GORMAN TERRY
            MOVED LEFT NO ADDRESS
                UNABLE TO FORWARD
                RETURN TO SENDER
BC: 77208101019    2266N318081-00386
```